UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

JONATHON HUMBERT,  :
:
        Plaintiff, : CASE NO.: 1:19-cv-09081-LGS
:
    v. :
:
GANNETT CO. INC., JOHN JEFFRY LOUIS, :
PAUL BASCOBERT, JOHN E. CODY, :
STEPHEN W. COLL, DONALD :
FELSINGER, LILA INBRAHIM, LARRY :
KRAMER, DEBRA A. SANDLER, CHLOE :
SLADDEN, and ROBERT J. DICKEY, :
:
        Defendants
------------------------------------- X

## NOTICE OF DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 12, 2019                                    Respectfully Submitted,

                                                                          **MONTEVERDE & ASSOCIATES PC**

                                                                          */s/ Juan E. Monteverde*
                                                                          Juan E. Monteverde (JM-8169)

**OF COUNSEL:**                                      The Empire State Building
**ADEMI & O'REILLY, LLP**                    350 Fifth Avenue, Suite 4405
Guri Ademi                                            New York, New York 10118
Jesse Fruchter                                   Tel: 212-971-1341
3620 East Layton Avenue                    Fax: 212-202-7880
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001                               *Attorney for Plaintiff*
Email: gademi@ademilaw.com
jfruchter@ademilaw.com

*Attorney for Plaintiff*